PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL R. PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE: FOREST SERVICE,<br><br>Defendant. | CASE NO. 2:23-CV-00715-KJM-AC<br><br>ORDER<br><br>DATE:     December 8, 2023<br>TIME:     10:00 a.m.<br>COURT:  Courtroom 3, 15th Floor<br>JUDGE:   Hon. Kimberly J. Mueller |

Plaintiffs Raul R. Perez, Brittany L. Perez, N.R.P., C.A.P. and B.M.P. (together, "Plaintiffs") and defendant the United States jointly request that the Court set a briefing scheduling on the United States' motion for summary judgment (ECF No. 13). Good cause appearing, the request is GRANTED.

Plaintiffs shall file any opposition to the United States' motion for summary judgment (ECF No. 13) by no later than October 23, 2023.

The United States shall file any reply in support of its motion by no later than November 9, 2023.

IT IS SO ORDERED.

DATED: October 2, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE